IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  98-30054 |
| ) | |
| MARY LISA HOBBY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ST. FRANCIS HOSPITAL, ) | |
| ) | |
| Garnishee. ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

The United States has applied for a Writ of Continuing Earnings Garnishment, and it appears to the Court that the requirements of 28 U.S.C. § 3205 have been met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205 (c)(2).

THEREFORE a Writ of Continuing Garnishment submitted by the Government shall be issued.

IT IS THEREFORE SO ORDERED.

ENTER:  May 23, 2007.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE