E-FILED
Friday, 27 July, 2007  01:50:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-30054 |
| | ) | |
| MARY LISA HOBBY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| ST. FRANCIS HOSPITAL, | ) | |
| | ) | |
| Garnishee. | ) | |

**TURNOVER OPINION FOR EARNINGS**

JEANNE E. SCOTT, U.S. District Judge:

The Court finds that a Writ of Earnings Garnishment has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on June 15, 2007, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant; and Defendant was notified of her right to a hearing and has not requested a hearing.

WHEREFORE, IT IS ORDERED that Garnishee:

(1) pay to the United States the Defendant's nonexempt interest in wages, salary, commissions or bonuses to the "Clerk, United States District Court", referencing Court No. 98-30054-003 on the payment, and mail it to the Clerk, United States District Court, Attn: Finance Department, 100 N.E. Monroe, Rm 309, Peoria, Illinois 61602;

(2) continue to withhold the Defendant's nonexempt interest in wages, salary, commissions and/or bonuses being 25% of the disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less; and

(3) pay that amount monthly to the United States Government until the debt is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant or until further Order of this Court.

This garnishment is terminated upon receipt of payment in full by the Clerk of the U.S. District Court.

IT IS THEREFORE SO ORDERED.

ENTER:  July 27, 2007.
        FOR THE COURT:

                                          s/ Jeanne E. Scott
                                       JEANNE E. SCOTT
                          UNITED STATES DISTRICT JUDGE